**FILED**

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0098

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0098

_____

IN RE THE MARRIAGE OF:

THOMAS N. DIETRICH,

      Petitioner/Appellant,

and

JOHN H. GODBE,

      Respondent/Appellee.

                                        **ORDER GRANTING
UNOPPOSED MOTION
TO STRIKE NOTICE**

_____

     Appellee having filed an unopposed Motion to Strike Notice of Trial in Spain, and counsel for Appellant having no objection to same;

     IT IS HEREBY ORDERED that Appellee's Motion is GRANTED, and the Notice of Trial in Spain will be stricken from the record.

     ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 10 2020